IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESTWING MANUFACTURING COMPANY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MENARD, INC., a Wisconsin corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No.<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

Plaintiff, Estwing Manufacturing Company, Inc. ("Estwing"), by its attorneys, Quarles & Brady LLP, for its Complaint against Menard, Inc. ("Menard"), states as follows.

### Parties

1. Plaintiff, Estwing, is a Delaware corporation with its principal place of business in Rockford, Illinois.

2. Defendant, Menard, is a Wisconsin corporation with its principal place of business in Eau Claire, Wisconsin.

### Jurisdiction and Venue

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because Plaintiff Estwing is a citizen of Delaware and Illinois, and Defendant Menard is a citizen of Wisconsin, and the amount in controversy exceeds the value of $75,000.00, exclusive of interest and costs.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a)(1) because Defendant Menard conducts business in this district, and by virtue of its conducting business and having significant contacts in this district, is subject to personal jurisdiction in this district.

## COUNT I
### Breach of Contract

5.     Estwing incorporates and re-alleges paragraphs 1-4 as paragraph 5 of this Count I as though fully set forth herein.

6.     Estwing is in the business of manufacturing striking tools, including, among other things, hammers, axes, and pry bars ("Products").

7.     From June 2009 through October 2009, Menard ordered Products from Estwing. Estwing shipped the Products to Menard, and Menard received them. Menard and Estwing agreed on the prices for the Products prior to Estwing shipping the Products to Menard.

8.     When Estwing shipped the Products to Menard, Estwing issued an electronic invoice to Menard corresponding to each delivery of Products to Menard from June 2009 through October 2009 ("Invoices"). The details of the products provided, the dates Estwing shipped those Products to Menard, and the amounts due and owing for each delivery of Products were contained in the Invoices. A true and correct copy of a statement of account dated October 31, 2009, which contains a summary of the Invoices, is attached hereto as Exhibit A and incorporated herein by reference ("Statement").

9.     As described in the Statement, Menard owes to Estwing $156,633.97 for Products delivered to and accepted by Menard from June 2009 through October 2009.

10.     Menard, although having received and accepted multiple shipments of Products, has failed to pay the amounts due and owing as described in the Invoices and Statement. Menard not only accepted the Products, but also, upon information and belief, sold some or all of the Products for a profit to its customers.

11.     Menard has improperly withheld payment of $156,633.97 to Estwing since Menard's receipt of the Products.

12. As set forth in the Statement, pursuant to the terms of the Invoices, past-due charges in the amount of 1.5% per month (18% per year) are assessed on all unpaid balances. Accordingly, Menard also owes to Estwing past-due charges in the amount of 1.5% per month (18% per year) on the unpaid balance of $156,633.97 from October 31, 2009 to the date of the entry of judgment.

WHEREFORE, Plaintiff, Estwing Manufacturing Company, respectfully requests that this Court enter a judgment in its favor and against Defendant, Menard, Inc., in the amount of $156,633.97, plus past-due charges and costs, and such further relief as this Court deems just.

## COUNT II
### Goods Sold and Delivered

13. Estwing incorporates and re-alleges paragraphs 1-12 as paragraph 13 of this Count II as though fully set forth herein.

14. From June 2009 through October 2009, at the specific request of Menard, Estwing sold and delivered Products to Menard at an agreed-upon price.

15. The Products were delivered to and received by Menard without defect and were usable for Menard's purposes.

16. Menard has refused to pay Estwing for the Products sold and delivered to Menard.

17. Estwing is entitled to payment from Menard for the goods sold and delivered in the amount of $156,633.97, as well as past-due charges in the amount of 1.5% of the past-due balance per month from October 31, 2009 to the date of the entry of judgment.

WHEREFORE, Plaintiff, Estwing Manufacturing Company, respectfully requests that this Court enter a judgment in its favor and against Defendant, Menard, Inc., in the amount of $156,633.97, plus past due charges and costs, and such further relief as this Court deems just.

## COUNT III
### Account Stated

18. Estwing incorporates and re-alleges paragraphs 1-12 as paragraph 18 of this Count III as though fully set forth herein.

19. The Invoices and the Statement attached hereto as Exhibit A constitute a statement of account issued by Estwing to Menard.

20. Menard received and retained the Invoices and held them without objection. Menard failed to object within a reasonable time to the statement of account presented in the Invoices and in the Statement attached hereto as Exhibit A.

21. By failing to object to the statement of account within a reasonable time, Menard acknowledged and recognized the correctness of the account, and an account stated was created between Estwing as creditor and Menard as debtor.

WHEREFORE, Plaintiff, Estwing Manufacturing Company, respectfully requests that this Court enter a judgment in its favor and against Defendant, Menard, Inc., in the amount of $156,633.97, plus past-due charges and costs, and such further relief as this Court deems just.

## COUNT IV
### Unjust Enrichment
### (In the Alternative)

22. Estwing incorporates and re-alleges paragraphs 1-6 as paragraph 22 of this Count IV as though fully set forth herein.

23. Between June 2009 and October 2009, Estwing shipped Products to Menard. Menard accepted the Products, and upon information and belief, sold some or all of the Products for a profit to its customers.

24. Menard has refused to pay Estwing for the Products, despite Estwing's repeated demands for such payment.

4

25. The value of the Products received by Menard is at least $156,633.97.

26. Menard has been unjustly enriched to the detriment of Estwing in the amount of $156,633.97.

WHEREFORE, Plaintiff, Estwing Manufacturing Company, Inc., respectfully requests that this Court enter a judgment in its favor and against Defendant, Menard, Inc., in the amount of $156,633.97, plus costs, and such further relief as this Court deems just.

> Respectfully submitted,
>
> ESTWING MANUFACTURING COMPANY, INC.
>
> By: /s/ Jacquelyn T. Pinnell
>        One of Its Attorneys

Jacquelyn T. Pinnell (ARDC # 06287098)
jacquelyn.pinnell@quarles.com
QUARLES & BRADY LLP
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155

QB\9437187.2